UNITED STATES of America,
Plaintiff–Appellee,

v.

Sanchez LEE, Defendant–Appellant.

No. 12–13619
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 16, 2013.

Robert G. Davies, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Eric K. Mountin, Robert D. Stinson, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Michael Robert Ufferman, Michael Ufferman Law Firm, PA, Mutaqee Naim Akbar, Tallahassee, FL, for Defendant–Appellant.

Sanchez Lee, Fci Marianna–Inmate Legal Mail, Marianna, FL, pro se.

Before MARCUS, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Sanchez Lee in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lee's convictions and sentences are **AFFIRMED.**